[No. 24109–5–I. Division One. August 20, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL R. HANSEN, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 88–1–01237–1, John F. Wilson, J., entered May 5, 1989. *Affirmed* by unpublished opinion per Winsor, J., concurred in by Swanson and Scholfield, JJ.

[No. 24354–3–I. Division One. August 20, 1990.]

JACK CULPEPPER, ET AL, *Appellants,* v. SNOHOMISH COUNTY DEPARTMENT OF PLANNING AND COMMUNITY DEVELOPMENT, COMMUNITY DEVELOPMENT DIVISION, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 89–2–00179–7, Robert C. Bibb, J., entered June 19, 1989. *Reversed* by unpublished opinion per Scholfield, J., concurred in by Winsor and Baker, JJ. Now published at 59 Wn. App. 166.

[No. 24126–5–I. Division One. August 20, 1990.]

A. NEIL MACKINNON, ET AL, *Respondents,* v. COMPLETE ABRASIVE BLASTING, INC., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84–2–12256–1, Marsha J. Pechman, J., entered April 12, 1989. *Remanded* by unpublished opinion per Winsor, J., concurred in by Scholfield and Webster, JJ.